IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

TYRELL T. BROWN,

      Petitioner,                    No. CIV S-06-1849 DFL DAD P

   vs.

KEN CLARK,

      Respondent.             ORDER

_____/

      Petitioner, a state prisoner proceeding pro se, has filed a petition for writ of habeas corpus pursuant to 28 U.S.C. § 2254. Petitioner has not paid the required filing fee of $5.00 or filed an application to proceed in forma pauperis. See 28 U.S.C. §§ 1914(a) and 1915(a). Petitioner will be granted thirty days to pay the filing fee or file a properly completed application to proceed in forma pauperis.

      In accordance with the above, IT IS HEREBY ORDERED that:

      1. Petitioner shall submit, within thirty days from the date of this order, the $5.00 filing fee or an application to proceed in forma pauperis; petitioner's failure to comply with this order may result in a recommendation that this action be dismissed or that other sanctions be imposed; and

/////

1

    2. The Clerk of the Court is directed to send petitioner a copy of the in forma pauperis application form used by this district in habeas corpus cases.

DATED: August 29, 2006.

*Dale A. Drozd*
DALE A. DROZD
UNITED STATES MAGISTRATE JUDGE

DAD:13:bb
brow1849.101a

2