IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

TYRELL T. BROWN,

     Petitioner,                   No. CIV S-06-1849 DFL DAD P

    vs.

KEN CLARK,

     Respondent.            ORDER

_____/

        Petitioner is a state prisoner proceeding pro se with a petition for writ of habeas corpus pursuant to 28 U.S.C. § 2254.  By order filed August 28, 2006, this action has been reassigned to the same District Judge and Magistrate Judge who considered petitioner's prior petition in case No. CIV S-06-0787 DFL DAD.[1]  Pursuant to the court's order filed August 29, 2006, petitioner has filed applications to proceed in forma pauperis.

        Examination of petitioner's in forma pauperis applications reveals that petitioner is unable to afford the costs of this suit.  Accordingly, petitioner's applications to proceed in forma pauperis will be granted.  See 28 U.S.C. § 1915(a).

/////

---

[1] At petitioner's request, case No. CIV S-06-0787 was dismissed without prejudice to re-filing after exhausting state court remedies.

1

Since petitioner may be entitled to relief if the claimed violation of constitutional rights is proved, respondent will be directed to file a response to petitioner's habeas petition.

In accordance with the above, IT IS HEREBY ORDERED that:

1. Petitioner's September 20, 2006 and September 25, 2006 applications to proceed in forma pauperis are granted;

2. Respondent is directed to file a response to petitioner's habeas petition within thirty days after this order is filed. <u>See</u> Rule 4, Fed. R. Governing § 2254 Cases. An answer shall be accompanied by all transcripts and other documents relevant to the issues presented in the petition. <u>See</u> Rule 5, Fed. R. Governing § 2254 Cases;

3. If the response to the habeas petition is an answer, petitioner's reply, if any, shall be filed and served within thirty days after service of the answer;

4. If the response to the habeas petition is a motion, petitioner's opposition or statement of non-opposition to the motion shall be filed and served within thirty days after service of the motion, and respondent's reply, if any, shall be filed and served within fifteen days thereafter; and

5. The Clerk of the Court shall serve a copy of this order together with a copy of the petition for writ of habeas corpus pursuant to 28 U.S.C. § 2254 upon Michael Patrick Farrell, Senior Assistant Attorney General, and upon Janis Shank McLean, Supervising Deputy Attorney General.

DATED: October 13, 2006.

_____
DALE A. DROZD
UNITED STATES MAGISTRATE JUDGE

DAD:13
brow1849.100

2