IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

SACRAMENTO DIVISION

| | |
|---|---|
| **TYRELL T. BROWN,** | 2:06-cv-1849 DFL DAD P |
| Petitioner, | **ORDER** |
| v. | |
| **KEN CLARK,** | |
| Respondent. | |

Good cause appearing, IT IS ORDERED that respondent's November 9, 2006 application for a thirty-day enlargement of time is granted and the time for respondent to file a responsive pleading is extended to December 15, 2006.

DATED: November 13, 2006.

_____
DALE A. DROZD
UNITED STATES MAGISTRATE JUDGE

/brow1849.eot1